Utica Mut. Ins. Co. v American Re-Insurance Co. (2023 NY Slip Op 05950)

Utica Mut. Ins. Co. v American Re-Insurance Co.

2023 NY Slip Op 05950

Decided on November 17, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 17, 2023

PRESENT: SMITH, J.P., BANNISTER, MONTOUR, AND GREENWOOD, JJ. (Filed Nov. 17, 2023.) 

MOTION NO. (488/23) CA 22-01242.

[*1]UTICA MUTUAL INSURANCE COMPANY, PLAINTIFF-RESPONDENT, 
v
AMERICAN RE-INSURANCE COMPANY, NOW KNOWN AS MUNICH REINSURANCE AMERICA, INC., DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for reargument and clarification denied.